# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PHILIP BERARDI, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

CAVALRY PORTFOLIO SERVICES, LLC, and DOES 1-10, inclusive,

Defendant(s).

Case No.

2:18-cv-05797-MRW

**ORDER OF DISMISSAL**

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety, with prejudice as to the named Plaintiff, PHILIP BERARDI, and without prejudice as to the Putative Class alleged in the First Amended Class Action Complaint (Doc. No. 15), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 10/9/2018

_____
Honorable Judge of the District Court
Michael R. Wilner

[Proposed]Order to Dismiss - 1